# United States Court of Appeals
## For the First Circuit

No. 18-8020

ANNE CATESBY JONES; JORGE VALDES LLAUGER,

Plaintiffs - Respondents,

ISMAEL MARRERO-ROLON; PUERTO RICO BATHROOM REMODELING, INC.; PERFORMANCE CHEMICALS COMPANY, INC.,

Plaintiffs,

v.

AUTORIDAD DE ENERGIA ELECTRICA, a/k/a Puerto Rico Electric Power Authority; WILLIAM RODNEY CLARK; EDWIN RODRIGUEZ; CESAR TORRES-MARRERO; INSPECTORATE AMERICA CORPORATION; CORE LABORATORIES, N.V., d/b/a Saybolt; ALTOL CHEMICAL ENVIRONMENTAL LABORATORY, INC., d/b/a Alchem Laboratory; ALTOL ENVIRONMENTAL SERVICES, INC., d/b/a Altol Enterprises; PETROBRAS AMERICA, INC.; PETROLEO BRASILEIRO, S.A.; CARLOS R. MENDEZ & ASSOCIATES; SHELL TRADING (US) COMPANY; TRAFIGURA, A.G.; TRAFIGURA BEHEER, B.V.; PETROWEST, INC.; VITOL, S.A., INC.; VITOL, INC.; TRAFIGURA LIMITED; TRAFIGURA ARGENTINA SA; JOHN DOES 1-100,

Defendants - Petitioners,

BUREAU VERITAS HOLDING, INC.; PUMA ENERGY CARIBE, LLC; PUMA ENERGY INTERNATIONAL, B.V.,

Defendants.

Before

Howard, Chief Judge,
Thompson and Kayatta, Circuit Judges.

**JUDGMENT**

Entered: March 12, 2021

The motion for leave to file a reply in support of the petition for permission to appeal pursuant to Fed. R. Civ. P. 23(f) is <u>allowed</u> and the reply is accepted for filing. The petition itself is <u>denied</u>.

By the Court:

Maria R. Hamilton, Clerk

cc:
Steve W. Berman, Elizabeth Anne Fegan, Jane A. Becker Whitaker, Daniel John Kurowski, Mark T. Vazquez, Andres W. Lopez, Arturo Diaz-Angueira, Victoria D. Pierce-King, Maraliz Vazquez-Marrero, Guillermo Fernando De-Guzman-Vendrell, Ivan Manuel Fernandez, Harold D. Vicente-Gonzalez, Litza J. Melendez-Reyes, Angel A. Valencia-Aponte, Oreste Ricardo Ramos-Pruetzel, Nestor Mendez-Gomez, Michael Craig Hefter, Seth M. Cohen, Mitchell Reich, Jose O. Ramos-Gonzalez, James A. Reeder Jr., Stephanie L. Miller, Rolando Emmanuelli-Jimenez, Camelia Montilla-Alvarado, Arturo J. Garcia-Sola, Carmen Marie Alfonso-Rodriguez, Myrgia M. Palacios-Cabrera, Ramon Enrique Dapena, Ivan Llado-Rodriguez, Salvador J. Antonetti-Stutts, Carla Garcia-Benitez, Carlos A. Valldejuly-Sastre, Daniel Jose Perez-Refojos, Kenneth C. Suria-Rivera, Bryan Alan Fratkin, Alberto G. Estrella, David Michael Orta, Daniel A. Salinas-Serrano, William Anthony Burck, Michael Domenic Bonanno, Jorge R. Quintana-Lajara, Michael C. McCall, Neal S. Manne, Alexander L. Kaplan, Michael Craig Kelso, Weston L. O'Black